

**8534 South Stony Island Avenue**
**Chicago, Illinois 60617**

Office
(773) 978-2244

Main
(773) 374-1872

# AGREEMENT

THIS AGREEMENT, between Taurus Flavors, Corporation at the above address, has agreed to permit *MORE FLAVORS #3* located inside Park Manor Bowl, 115 East 75th Street, Chicago, Illinois **ONLY** do business as Taurus Flavors.

Under this AGREEMENT, *MORE FLAVORS #3,* dba Taurus Flavors, must follow all rules and regulations of the corporation. Those rules are as follows:

1) *MORE FLAVORS #3,* must obtain sanitation license or meet all requirements of the city and/or state in which they are doing business.

2) *MORE FLAVORS #3,* shall pay all taxes as required by the municipality, State and Federal government including Federal 941 monthly and quarterly taxes and 940, 1120 estimates of quarterly and annual taxes. The Corporate Office in Chicago, Illinois will monitor all taxes.

3) Property must be fully insured according to City laws, including Worker's Compensation and Liability Insurance.

4) Ten percent (10%) of monthly gross sales are to be paid to the parent company (Taurus Flavors Corporation).

5) Quality service must be given at all times with a positive attitude.

6) To monitor all activities, a supervisor will be established. Supervisor's responsibility, if not carried out effectively, will be taken over by the Corporation until further notice.

7) All rights to use the trademark Hoagy Supreme and Steak Supreme will be given to *MORE FLAVORS #3.* If those names are not used according to the Corporation rules, the Corporation has the right to demand that MORE FLAVORS #3 give up the use of the Corporation name Taurus Flavors.

8) Business at all times will be performed according to the Corporation rules.

9) Illegal activities on the premises including, but not limited to, use of a contraband drugs, association with known drug users and sellers, shall sufficient cause for the Corporation to terminate this Agreement.



10) Parent Company, (Taurus Flavors Corporation), upon termination of the Agreement retains the right to demand that MORE FLAVORS #3 give up the right to use Taurus Flavors name and trademark names Steak Supreme and Hoagy Supreme.

11) **Dress Code**. All employees, while on duty, shall wear a hair net covering the entire head. Employees are not allowed to wear baggy pants. Shirts shall be tucked inside pants. Male employees shall wear bow tie and white shirt, female employees shall wear white blouse with necktie. All shirts and aprons must be fresh and neatly pressed each day.

Date: 6/1/03

By: _____
Marian McAfee
More Flavors #3, Owner

By: _____
Edward Perkins
Taurus Flavors, Owner

December 9, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Marian McAfee
President of More Flavors of Chatham
More Flavors, Inc.

RE: Breach of Contract

More Flavors
770 E.142nd St.
Dolton, IL 60419

Dear Ms. McAfee,

On [insert date], your company entered into a licensing agreement to "Do Business As" Taurus Flavors™.

Unfortunately your company has not performed as it should, and you have been in violation of our agreement regarding § 2, 4, 5, 8, 10 & 14 of the original agreement since [December 2001]. Your failure to carry out this agreement has resulted in the **breach of our contract**. You must comply with the request to **discontinue** "Doing Business As" Taurus Flavors™ by **January 13, 2006.**

Granted, you have been operating as a Taurus Flavors™ for the last three () years, but have not paid for the privilege to use that right. However, this business arrangement can no longer be tolerated by Taurus Flavors ™ Corporation. You must mail or deliver a notarized statement of compliance directly to:

Taurus Flavors™

Mr. Edward Perkins

8534 Stony Island

Chicago, IL 60617

Thank you,


Edward Perkins
Owner/Operator
Taurus Flavors™ Corp.
Enclosures (3)



EXHIBIT 2

December 9, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Ann McAfee
President of More Flavors of Chatham
More Flavors Inc.

Re: Cease and Desist

Dear Ms. McAfee,

    Edward Perkins is the holder of the trademark "TAURUS FLAVORS SINCE 1966 AND LOGO", "TAURUS FLAVORS", "HOAGY SUPREME", AND SUPREME STEAK". Mr. Perkins uses these marks in his daily business dealings in connection with advertising, promotions, product sales and distribution, brand recognition and other services.

    While he has encouraged your entrepreneurial spirit for many years, he believes your continued use of his trademarked names has created confusion with the public as to the sponsorship of the business's services and products. Because of the high probability of confusion, and because of Mr. Perkins' prior rights in this mark and trade name, he hereby demands that you <u>immediately abandon all use of "Taurus Flavors since 1966 and logo", "Taurus Flavors", "Hoagy Supreme", and "Supreme Steak".</u>

    Please be advised that Mr. Perkins established his use of the marks as early as April 1966, and continues to use the marks in connection with a variety of goods and services. Mr. Perkins has expended, and continues to expend great effort, expense, and time in the promotion of "Taurus Flavors"™ branded services and products.

    Given the public awareness and recognition of Mr. Perkins' marks and his rights to the marks, your use of his trademarks has also created a misleading and false inference of endorsement, approval, or sponsorship of business practices. It gives rise to claims of false advertising, and/or deceptive trade practices. These reasons are why Mr. Perkins has been advised to inform all persons using his intellectual property to **Cease and Desist** usage in order to protect his brand name. Thus, he demands you to remove his trademarked names and logo from your internal and external signage, menus, advertisements, checks, stationary, and all legal documents by January 6, 2006.

    Please respond with a written confirmation of the date you took action to cease and desist by January 9, 2006 by mail or delivery to:

**Edward Perkins**
**Taurus Flavors**
**8534 Stony Island**
**Chicago, IL 60617**

Thank you,

Edward Perkins

December 9, 2005

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Ms. Marian McAfee
President of More Flavors of Chatham
More Flavors Inc.

Re: Business Debt #102

Dear Ms. McAfee,

Our company records; Taurus Flavors™ Corporation of Chicago, show that you have an outstanding debt with our company of **$38,054.21.** This is for the cost of your store, supplies, equipment and interest.

Over the last two years you have failed to make regularly scheduled payments on our licensing contract as agreed. Therefore, due to your breach of our licensing agreement the total amount is due on January 13, 2006. You must mail or deliver the payment in the form of cashier's check, or certified funds directly to:

**Taurus Flavors™
Mr. Perkins
8534 Stony Island
Chicago, IL 60617**

I have no doubts about our ability to legally prove that the above amount is due upon demand, and take notice that I will strictly adhere to the above deadline. If I have not received the above amount on or before January 13, 2006, I will proceed with all legal remedies as entitled to me under the Uniformed Commercial Code and the laws of the State of Illinois.

If you dispute the debt you must notify me by December 28, 2005 that you dispute the validity of any portion of this debt in a written notification. At which time, I will send verification of the debt within five days of receiving your written notification.

I regret the necessity for this action however; your failure to honor our agreement leaves me no choice.

Thank you,


Edward Perkins
Taurus Flavors™

March 20, 2006

CERTIFIED MAIL
REGISTERED MAIL

TO: Mariann McAfee
Owner/Operator of More Flavors

FROM: Edward Perkins
Owner/Operator of Taurus Flavors Corp.

RE: Demand for payment

Ms. Mariann McAfee:

This letter is being sent to inform you:

1. Your company owes an outstanding balance of $37,954.21 for More Flavors #1.
2. Since no royalty payment for trademark usage has ever been paid, a flat fee has been assessed to cover past years (refer to chart).
3. **These outstanding balances must be paid in full by May 30, 2006.** Payment must be made with a Cashier's Check ONLY. No other form of payment will be accepted. Send Payment to:

   Taurus Flavors
   8534 Stony Island
   Chicago, IL 60617
   ATTN: Edward Perkins

4. Until the debt is paid in full,
   - Any advertisements that affiliate your company with ours must either be taken down or covered up.
   - You will not be eligible to renew your license agreement with Taurus Flavors Corporation.

The following is a list of your stores, how long they have been operating as a Taurus Flavors without paying a royalty, and how much has been assessed to each location.

1

March 20, 2006

| LOCATION | #OF YEARS IN OPERATION | FLAT MONTHLY ROYALTY | TOTAL ANNUAL ROYALTY |
|---|---|---|---|
| More Flavors #1<br>38 E. 112th St.<br>Chicago, IL 60628 | 4years =<br>48months in arrears | $100 | $ 4800 |
| More Flavors #2<br>112 E. 71st St.<br>Chicago, IL 60619 | 3 years =<br>36 months in arrears | $100 | $3600 |
| More Flavors #3<br>770 E. 142nd St.<br>Dolton, IL 60419 | 2 years =<br>24 months in arrears | $100 | $2400 |
| More Flavors #4<br>10243 S. Michigan<br>Chicago, IL 60628 | 2 years =<br>24 months in arrears | $100 | $2400 |
| TOTAL DUE | | | $13,200 |

The grand total is:
  *Store #1* = *$37,954.21*
  *Royalties* = *13,200.00*
       *$51,154.21*

We at Taurus Flavors admire and encourage your entrepreneurial spirit; however, your business endeavors would not have been possible without the use of the Taurus Flavors name, brand, and reputation. We hope to work with you in the future.

Thank you,

Edward Perkins
Owner/Operator
Taurus Flavors Corporation

2

# Lechner Law Office, P.C.

A Professional Corporation
16061 S. 94th AVENUE
ORLAND HILLS, ILLINOIS 60487-4623
(708) 460-6686
FAX (708) 460-7995

Paul A. Lechner
Direct Line: 708.460.6686

CELL (708) 846-4225

August 30, 2011

MORE FLAVORS, INCORPORATED
MARIAN MCAFEE
538 E. 158th Street
South Holland, Illinois 60473

Re: Taurus Flavors Trademark Usage

Dear Ms. McAfee:

I have been retained by Taurus Flavors, Inc. ("Taurus") and Edward Perkins, your cousin, to request a business meeting to review and determine your understanding of More Flavors, Incorporated usage of Taurus Trademarks.

The agenda for this meeting would include:

a) A discussion and settlement of any and all open and outstanding "Store Balance" and "Royalty" balances,
b) Use of Taurus Flavors, Inc. Trademarked product names in More Flavors, Incorporated advertising and signage.

This meeting is meant to maintain family harmony by reaching a mutually acceptable alternative and to avoid future expense. If you are agreeable to this "alternative" approach Edward would like to hold this meeting at our offices at 16061 S. 94th Ave., Orland Hills, Illinois.

I will be calling to confirm your receipt and interest.

FILE COPY

Regards,                              Approved: _____


Paul Lechner, Esq.                    By: Edward Perkins, Taurus Flavors, Inc.



Cole Sadkin, LLC

*Via Certified Mail*

Mason S. Cole--Licensed in New York and Illinois
Jeremy Sadkin--Licensed in New York
Jared Duke--Licensed in Illinois
20 South Clark Street, Suite 500
Chicago, IL 60603
colesadkin.com
(312) 548-8610
mcole@colesadkin.com
*Counsel for Taurus Flavors, Inc.*

More Flavors, Inc.
Marian McAfee, President
38 East 112th Street
Chicago, IL 60628
(773) 264-0794

## For Settlement Purposes Only

October 7, 2014

### RE: Breach of Taurus Flavors Purchase and License Agreements

Attention Ms. McAfee:

    The purpose of this letter is to facilitate a positive dialogue and potential settlement regarding outstanding payments and royalties due from your purchase of a Taurus Flavors franchise, as well as your use of the TAURUS FLAVORS SINCE 1966 registered trademark and Taurus Flavors' proprietary recipes at More Flavors, Inc.'s ("More Flavors") multiple locations. The law firm of Cole Sadkin, LLC has been retained to represent Taurus Flavors, Inc. ("Taurus Flavors") in any and all matters relating to this claim. Please direct all future phone, email, and written correspondence relating to this matter directly to this firm at the contact information listed above.

    Statement of Facts

    On or about August 6, 2002, More Flavors purchased the Taurus Flavors located at 38 East 112th Street, Chicago, IL 60628 from Taurus Flavors, Inc. As consideration for ownership of this franchise location, More Flavors agreed to pay a principal cost of forty-six thousand seven

1

hundred fifty-five dollars and twenty-one cents ($46,755.21) plus interest. To this date, a substantial sum remains due on this outstanding store balance.

Additionally, from August 2002 through the present Taurus Flavors has licensed its trademarked name and logo, TAURUS FLAVORS SINCE 1966, to More Flavor for use at its multiple locations, including the following currently and previously operating locations:

- 38 East 112th Street, Chicago, IL 60628
- 770 East 142nd Street, Chicago, IL 60419
- 112 East 71st Street, Chicago, IL 60619
- 7036 South Western Avenue, Chicago, IL 60636
- 2233 East 75th Street, Chicago, IL 60649
- 115 East 75th Street, Chicago, IL 60619
- 502 East 79th Street, Chicago, 60619
- 10243 South Michigan Avenue, Chicago, IL 60628
- 9915 South Torrence Avenue, Chicago, IL 60617

In exchange for More Flavors' use of the goodwill of Taurus Flavors, More Flavors agreed to pay Taurus Flavors royalty fees. *See* Licensing Agreements, attached as **Exhibit 1**. To this date, such fees have not been paid. Our office is in the process of calculating all outstanding royalties due. *See* More Flavors Corporation Report, attached as **Exhibit 2**. Additionally, you were contacted multiple times by Taurus Flavors and prior counsel but did not provide sufficient response. *See*, e.g., Prior Correspondence Regarding Outstanding Balance, attached as **Exhibit 3**.

The use of the Taurus Flavors' trademarked name and logo is unauthorized and is likely to cause confusion, mistake, or deception of the purchasing public as to the source and origins of the goods offered. Consequently, your conduct is infringement and violation of Taurus Flavors' rights in its mark, unfair competition, false advertising, and false designation of origin under applicable state laws and the U.S. Trademark Act.

Settlement Discussions

Due to the continued nonpayment of the outstanding store balance and royalty fees, Taurus Flavors demands that More Flavors immediately cease from using the mark TAURUS FLAVORS SINCE 1966 or any other mark(s) confusingly similar to Taurus Flavors' mark, and cease and desist from marketing, selling, or distributing any goods or materials bearing the marks or any confusingly similar name or mark(s). Taurus Flavors also demands that More Flavors pay all outstanding store balance and royalty fees due. This letter serves to place you on formal notice regarding the litigation hold placed on your company. You must preserve and protect all written and verbal correspondence which may relate to this pending litigation.

Given the significant importance of this matter to Taurus Flavors, we request that you respond within ten (10) days of the date of this letter to confirm your intention to pay all outstanding royalty fees *and* cease and desist from any further use TAURUS FLAVORS SINCE 1966 or any other mark(s) confusingly similar to any of Taurus Flavors' marks. If we do not

2

receive a satisfactory response within this time period, we will consider all available remedies under state and federal law, including requesting injunctive relief and the recovery of damages for trademark infringement, which damages may be trebled by a court, and attorneys' fees and cost incurred by Taurus Flavors in protecting its mark.

We sincerely desire a quick and amicable resolution to this matter. Therefore, we look forward to your timely reply.

Respectfully Submitted,

*[signature]*

Mason Cole


Cc:  Marian McAfee
     538 East 158th Street
     South Holland, IL 60473
     *Registered Agent for More Flavors, Inc.*

3